## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| TYRONE BRINKLEY, | CASE NO. 4:26-cv-00557 |
| Plaintiff, | JUDGE J. PHILIP CALABRESE |
| v. | MAGISTRATE JUDGE JENNIFER DOWDELL ARMSTRONG |
| NORTHEAST OHIO CORRECTIONAL CENTER, ET AL., | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| Defendants. | |

Defendants Northeast Ohio Correctional Center and CoreCivic, Inc., ("Defendants"), by and through counsel, respectfully move this Court for a thirty-day extension of time, from March 16, 2026 to April 15, 2026, to respond to Plaintiff's Complaint for Personal Injury (Dkt. 2-1 at 2-17).  Defendants removed this case from Mahoning County Court of Common Pleas on March 9, 2025.  (Dkt. 2.)  Pursuant to Fed. R. Civ. P. 81(c)(2)(c), Defendants responsive pleading deadline is March 16, 2025.  Undersigned counsel requires additional time to review the case, and the factual allegations and claims asserted, to research applicable defenses, and to prepare a responsive pleading.  No previous requests for an extension have been made.  This Motion is made in good faith and is not submitted for the purpose of delay.

RESPECTFULLY SUBMITTED this 9th day of March, 2026.

By:/s/ Dana M. Keene
        Daniel P. Struck, Bar No. AZ012377
        Dana M. Keene, Bar No. 0105374
        Jamie D. Guzman, Bar No. AZ022095
        STRUCK LOVE ACEDO, PLC
        3100 West Ray Road, Suite 300
        Chandler, AZ  85226
        Telephone:   (480) 420-1600
        Facsimile:    (480) 420-1695
        dstruck@strucklove.com
        dkeene@strucklove.com
        jguzman@strucklove.com

        *Attorneys for Defendants Northeast Ohio*
        *Correctional Center and CoreCivic, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2026, I electronically transmitted the attached document

to the Clerk's Office using the CM/ECF System for filing and caused a true and correct copy of

the same to be sent by First Class United States Mail, postage prepaid, to the following:

Tyrone Brinkley 29380-053
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH  44505

*Plaintiff Pro se*

/s/ Dana M. Keene
Dana M. Keene