# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE BRINKLEY, | ) | Case No. 4:26-cv-557 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jennifer Dowdell Armstrong |
| NORTHEAST OHIO | ) | |
| CORRECTIONAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

For good cause shown, the Court **GRANTS** Defendants' motion for an extension to April 15, 2026 to answer, move, or otherwise plead.

**SO ORDERED.**

Dated:  March 9, 2026

_____

J. Philip Calabrese
United States District Judge
Northern District of Ohio